HOCK HUAT YAP
6480 N. MONA LISA RD.
TUCSON AZ 85741

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 22 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

HOCK HUAT YAP, Trustor

Plaintiff,

vs.

Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Acquisition Trust 2001-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1;

Specialized Loan Servicing LLC, Attorney in fact for Deutsche;

The Mortgage Law Firm PC, Christina Harper, Esq., Successor Trustee, Agent for Deutsche;

DOES 1-1000,
XYZ CORPORATIONS 1-15,
ABC LIMITED LIABILITY,
COMPANIES 1-15,
123 BANKING ASSOCIATIONS 1-15,

Defendants.

No. 

CV17-0229TUC RM

**VIOLATIONS OF
DODD FRANK; RESPA; TILA**

**REQUEST FOR EMERGENCY
HEARING ON TEMPORARY
RESTRAINING ORDER**

Trustee's Sale No. 124965

**JUNE 1, 2017**

**Jurisdiction and Venue**

1. Jurisdiction and venue is proper in this Court on matters of Dodd Frank Act, effective January 2014; Real Estate Settlement Procedures Act, "RESPA"; Truth In Lending Act, "TILA".

2. These matters are core proceedings of U.S.C. 12 § 2605 (e) (1)(A); e) (1)(B); (e)(2); (e)(4); (i)(2)-(3); U.S.C. 12 § 2605 (k)(1)(D); 12 CFR 1024.35; TILA Section 1641(f) affirming the Plaintiff's right to know "the identity" of the "owner or assignee of the loan".

3. The cause(s) of action herein occurred or arose in County of Pima, State of Arizona.

**Parties**

4. Plaintiff, an unmarried man, is a resident of the County of Pima, State of Arizona, as to his property including sole and separate property.

5. Defendant(s) refers to itself as "Deutsche Bank National Trust Company, as Trustee

COMPLAINT

Page 1 of 4

1  for J.P. Morgan Acquisition Trust 2001-HE1, Asset Backed Pass - Through Certificates, Series
2  2007-HE1", (herein referred to as "Deutsche"); Specialized Loan Servicing LLC, "Attorney in
3  fact for" Deutsche; The Mortgage Law Firm, Christina Harper, Esq., "Successor Trustee, Agent
4  for" Deutsche, as named on filing of Arizona Trustee's Sale No. **124965**. Defendant(s) are foreign
5  corporations, that may be duly licensed and doing business in the State of Arizona.

6     6.    Defendants implicated in the Defendant(s) letters & replies to Plaintiff whose names &
7  identities are known – Chase, or, unknown, are sued herein under names DOES 1-1000 ("Does"),
8  XYZ CORPORATIONS 1-15; ABC LIMITED LIABILITY COMPANIES 1-15; 123 BANKING
9  ASSOCIATIONS 1-15. Plaintiff is informed, and, believe "Does" handling the Defendant(s) filing
10 of Arizona Trustee's Sale No. **124965**, are foreign corporations, that may or may not be duly
11 licensed and doing business in the State of Arizona and on that basis allege that Doe defendants
12 are responsible in some manner for damages and injuries hereinafter complained of. Plaintiffs will
13 amend this complaint & give notice to Doe defendants upon learning of their names & capacities.

14     7.    Plaintiff is informed, and, believe and on that basis allege that at all times herein
15 mentioned, each defendant was the agent, servant and employee of the other defendant(s)s and
16 was acting at all times within the scope of his/her agency and employment and with the
17 knowledge and consent of his/her principal and employer.

18 <u>**Statement of the Case**</u>

19     8.    Upon receiving notification on 3/6/2017 of an Arizona Trustee Sale No. **124965**, filed
20 at Pima County, County Recorder; Plaintiff, as per Dodd Frank 12 U.S.C. § 2605; RESPA, TILA
21 statutes; per Deed of Trust "BORROWER COVENANTS...Borrower warrants and will defend
22 title to the Property against all claims and demands"; per COVENANTS clause 2. (f) ("RESPA");
23 per 12 U.S.C. § 2605(i)(2)-(3); U.S.C. 12 § 2605 (k)(1)(D); 12 CFR 1024.35; TILA Sect. 1641(f),
24 once again questioned & disputed the Defendant(s) claim of Beneficial Interests for "receiving any
25 scheduled periodic payments from a borrower pursuant to the terms of any loan . . . and making
26 the payments of principal and interest ", or, to enforce a Note that the Plaintiff executed on 1/5/07,
27 in the amount of $346,500, naming Option One as beneficiary, as, "There is no record of any valid
28 assignment of the Deed of Trust to Deutsche" 's investors; in a timely manner; via Notice of Error

1  and Request for Information; d/d, 3/27/2017, as prior replies were – and – are inadequate to prove
2  Defendant(s) standing to collect, to offer modification, or, to enforce this loan. (EXHIBIT A)
3  Defendant(s) reply to the Plaintiff's requests, seem – to this reader – to have admitted that these
4  Defendant(s) have NO such proof.

### Violations of Dodd Frank; RESPA; TILA Justify Plaintiff's Request for Temporary Restraining Order and Sanctions Against Defendant(s)

7   9.   To date, Defendant(s) replies to the Plaintiff's Notice of Error to Christina Harper, Esq.
8  for   a.   Chain of Title to Deutsche; (per 12 CFR 1024.35)
9         b.   Assignment, and, transfer of Beneficial Interests to Deutsche;
10        c.   Defendant(s) authority or standing to enforce; received by The Mortgage Law Firm
11  PC on 3/29/2017; are inadequate to establish Defendant(s) Beneficial Interests, Per 12 U.S.C. §
12  2605 (k)(1)(D). (EXHIBIT B)
13      10.   Defendant(s) reply dated April 13 2017 from SLS of the 11th business day after receipt
14  by Deutsche's agent, The Mortgage Law Firm PC, failed "to respond within 10 business days to a
15  request from a borrower to provide the identity, address, and other relevant contact information
16  about the owner or assignee of the loan". SLS's tardy reply admits to Plaintiff's Qualified Written
17  Requests to previous servicer JP Morgan Chase Bank (Chase) from 6/26/2015 through 9/15/2015
18  – and – to Specialized Loan Servicing LLC (SLS) through 9/17/2015. Plaintiff notified Chase on
19  9.15.15 – and – notified SLS on 9.17.15, that both servicers' time to provide their requested
20  information had expired, and, to correct their records. SLS's brush off to Plaintiff's numerous
21  requests as "duplicative", and, SLS's shifting of the burden of proof in SLS's relegating the
22  Plaintiff's Request for Chain of Title; Assignment, and, transfer of Beneficial Interest to "an
23  outside source" of Plaintiff's "contact", as much as admits that Defendant(s) cannot, and, are
24  unable to produce Chain of Title to Deutsche; Assignment, and, transfer of Beneficial Interest to
25  Deutsche, or, prove Deutsche and Defendant(s) authority or standing to enforce, and, as such, are
26  further, additional violations of Dodd Frank U.S.C. 12 § 2605 (k)(1)(D); RESPA; TILA.
27      11.   Plaintiff moves for this Court to sanction Defendant(s) violations of Dodd Frank U.S.C
28  § 2065; RESPA; TILA; Per 12 U.S.C. § 2605 (k)(1) (D); both servicers, for 23 months, failed "to

1  respond within 10 business days to a request from a borrower to provide the identity, address, and
2  other relevant contact information about the owner or assignee of the loan", and, deliver their
3  requested items within Dodd Frank, RESPA and TILA timetables.
4       12.   Plaintiff moves for this Court to grant the Plaintiff a Temporary Restraining Order of
5  the Defendant(s)' Arizona Trustee's Sale No. **124965**, until such time as Defendant(s) are able to
6  produce Chain of Title to Deutsche; Assignment, and, transfer of Beneficial Interest to Deutsche,
7  to prove Deutsche's and Defendant(s) authority and standing, Per Dodd Frank U.S.C. 12 § 2605
8  (k)(1)(D); RESPA and TILA.

10 DATED this 22nd. day of May, 2017          Respectfully Submitted,

                                              *[signature]*

                                              HOCK HUAT YAP,
                                              *Trustor, Plaintiff*

# EXHIBIT A

NOTICE OF ERROR
REQUEST FOR INFORMATION

March 27, 2017

| | |
|---|---|
| Attention: | Christina Harper, Esq., Successor Trustee, Agent;<br>2999 N. 44th Street, Ste. 625<br>Phoenix, AZ 85018 |
| and | Janette Belmontes, Notary Public, Maricopa County; |
| and | JOHN AND JANE DOES 1-1000;<br>XYZ CORPORATIONS 1-15;<br>ABC LIMITED LIABILITY COMPANIES 1-15;<br>123 BANKING ASSOCIATIONS 1-15; |
| and | Ami McKernan, "Second Assistant Vice President"<br>Specialized Loan Servicing, LLC, "attorney-in-fact" |
| and | "Deutsche Bank National Trust Company,<br>as Trustee for J.P. Morgan Acquisition Trust<br>2007-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1", |
| at | 8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129; |
| AND | |
| at | P. O. Box 23159<br>San Diego, CA 92193-3159; |

RE:    (Notice of) Trustee's Sale No. **124965**
       d/d 3/3/2017 and 3/15/2017
       Reference Number:      124965
       Mailing Number:        007435-01     ClientID: MAX FC and
                                            ClientID: MAX CE

## NOTICE OF ERROR
## REQUEST FOR INFORMATION

Trustor:  Hock-Huat Yap
          6480 N. Mona Lisa Road,
          Tucson, AZ 85741-3133

Ladies and Gentlemen, To Whom It May Concern:

In response to your letter dated 3/3/2017 and 3/15/2017 directed to Hock-Huat Yap, be advised that your claim to a debt is disputed.

I am sending this letter to you from my position as Trustor of that certain Deed Of Trust Sequence # 20070091219 recorded on this property, 6480 N. Mona Lisa Road, Tucson, AZ 85741 in the office of the Pima County Recorder, Arizona. This is to advise you that a thorough search of public records has revealed major irregularities in your claim as to the status of the subject Deed Of Trust that I, Hock-Huat Yap executed naming Option One Mortgage

Corporation, a California Corporation as the Beneficiary of the Deed Of Trust dated January 05, 2007 and recorded January 12, 2007 as document Sequence # 20070091219 in the office of the Pima County Recorder, Arizona.

Be advised, this is neither a denial or an admission of debt, but a Notice of Error sent pursuant that your claim is disputed, and, Request for Information by me, Hock-Huat Yap, the Trustor of the subject Deed of Trust.

It is incumbent upon a party claiming to be a Beneficiary of a Deed Of Trust to show documentation of such interest, especially the proper procedure for assigning such interest in order to establish that it is a party to the instrument. Therefore I request to know from whom you and Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Acquisition Trust 2007-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1; any of its subsidiaries, and, its' servicers Chase Bank, and, Specialized Loan Servicing, LLC were assigned beneficial interest, and, when that interest was assigned to you.

There is no record of any valid assignment of the Deed Of Trust to Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Acquisition Trust 2007-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1; any of its subsidiaries; nor, to its' servicers Chase Bank, or, Specialized Loan Servicing, LLC. All in all, it appears in the public records that there has never been any valid instrument of record establishing that Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Acquisition Trust 2007-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1 has any interest as Beneficiary of the subject Deed Of Trust.

Accordingly, it is my position as Hock-Huat Yap, the Trustor, to assert Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Acquisition Trust 2007-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1, therefore, has no authority to claim Beneficial Interest to the subject Deed Of Trust. As per the BORROWER COVENANTS paragraph of the Deed of Trust, I am responsible for defending the property against any person or entity which might make an unsubstantiated claim on the property. I would be remiss if I failed to question your status in this matter.

Accordingly, legal request is hereby made to provide your Chain of Title; copies of any and all Assignments of the subject Deed Of Trust; any and all documents, including records that prove your Beneficial Interest in the subject Deed Of Trust involved therein are accurate. Currently, I have been unable to find any proof that it is.

Accordingly, this is to advise you that before irregularities in the Assignment of the Deed of Trust, and, controversies in the subject Deed of Trust's language jeopardize you with penalties defined under the Truth In Lending Act, the Real Estate Settlement Procedures Act and other Statutes that caused you and above parties to file wrongful recording of a NOTICE OF TRUSTEE'S SALE; a STATEMENT OF BREACH OR NON-PERFORMANCE; a NOTICE OF SUBSTITUTION OF

TRUSTEE filing at Pima County; County Recorder, to Arizona Trustee's Sale No. **124965** it may behoove you and your affiliated parties to reconsider your "foreclosure" actions.

Pursuant to provisions of the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b), please provide me with all the information and documentation regarding the Assignment of the subject Deed Of Trust to Deutsche Bank National Trust Company, as Trustee for J.P. Morgan Acquisition Trust 2007-HE1, Asset Backed Pass-Through Certificates, Series 2007-HE1 :

- Identify the original creditor;
- Produce your Chain Of Title to the subject Deed Of Trust;
- Produce your Assignments transferring Beneficial Interest to you;
- Prove the Statute of Limitations has not expired on this account;

Furthermore, as debt collectors, provide :
- Produce your (and above name affiliated parties) compliance with ARS 32-1024;
- Produce your (and above name affiliated parties) license to collect in my state, Arizona;
- Provide me with your license numbers and the name of your Registered Agents.

This is an attempt to verify your records, should you be unable to complete such verification, your standing to foreclose on this property will be in question.

Your attention to this matter is appreciated.


Very truly yours,

_s/ Hock H Yap_

# EXHIBIT B

SLS RECEIPT AND REPLY



8742 Lucent Boulevard • Suite 300 • Highlands Ranch, CO 80129

☎ 800-315-4757
📠 720-241-7218

April 13, 2017

Hock-Huat Yap
6480 N Mona Lisa Road
Tucson, AZ 85741

RE: Loan Number: **1010900735**

Dear Hock-Huat Yap,

This correspondence is in response to correspondence dated March 27, 2017 and received by Specialized Loan Servicing LLC ("SLS") on April 6, 2017 regarding validation of debt.

After a review of our records and the above referenced account, it has been determined that SLS has responded to similar requests previously on August 11, 2015 and September 19, 2015. Your previous servicer, JP Morgan Chase Bank, NA provided a response to a similar inquiry with their correspondence dated August 3, 2015. As such, this request has been determined to be duplicative.

SLS is a third party mortgage servicer and we are contracted by your investor to service the account by the terms of the Note and Deed of Trust, enclosed for your reference, as well as the executed loan modification agreement. These documents outline the terms of the loan. SLS services this account by the tenets of these documents and follows all foreclosure notification law. The above referenced account has been referred to foreclosure; a foreclosure sale date is set for June 1, 2017.

SLS was not a party to the loan origination and is unable to comment on any of the concerns around the terms of the origination.

You may contact an outside source to provide you the requested chain of title to determine assignments of the enclosed Deed of Trust executed at origination.

An issue regarding the statute of limitations is a legal question. SLS does not offer legal advice and you may wish to consult with an attorney.

You may view all state licensing information at http://www.sls.net/State-Licenses/.

We have researched your account and our records indicate that the servicing issues described in your dispute were not in error. We trust that we have responded to your concerns. You have a right to request the documents relied on by SLS in reaching the determinations communicated in this letter by contacting us at the number below but please note that SLS has already enclosed them for your reference.

If you should have any additional questions or concerns which SLS has not already addressed, please submit such inquiry in writing to: Specialized Loan Servicing LLC, PO Box 630147, Littleton, CO 80163. You may also contact Customer Care toll free at 1-800-315-4757, Monday through Friday, 6:00 a.m. until 6:00 p.m., MT or TDD 1-800-268-9419, Monday through Friday, 8:00 a.m. until 5:00 p.m., MT.

Sincerely,

*Patricia*

Patricia, Teller ID# 30614
Customer Care Support
Specialized Loan Servicing

Enclosure(s)

**PLEASE SEE IMPORTANT DISCLOSURES ON THE FOLLOWING PAGE**

Setting the Standard

Help

**UNITED STATES POSTAL SERVICE**

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts |

April 07, 2017

## USPS Tracking Intranet

### Delivery Signature and Address

 There is currently an issue when entering COD fee increments for Priority Mail Express COD within the Priority Mail Label Entry and Reporting page. Please note when entering a COD fee, there will be a discrepancy of $0.05 less than the actual fee amount expected to be entered. The issue is currently being investigated and will be corrected as soon as possible.

Tracking Number: 7016 0340 0000 6316 7561

This Item was delivered on 03/29/2017 at 11:13:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 12.5.0.0.5

Help

 **UNITED STATES POSTAL SERVICE**

# Product Tracking & Reporting

Home · Search · Reports · Manual Entry · Rates/Commitments · PTR / EDW · USPS Corporate Accounts

April 07, 2017

## USPS Tracking Intranet Tracking Number Result

⚠ There is currently an issue when entering COD fee increments for Priority Mail Express COD within the Priority Mail Label Entry and Reporting page. Please note when entering a COD fee, there will be a discrepancy of $0.05 less than the actual fee amount expected to be entered. The issue is currently being investigated and will be corrected as soon as possible.

### Result for Domestic Tracking Number 7016 0340 0000 6316 7561

**Destination and Origin**

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 850187261 | PHOENIX | AZ |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 857419998 | TUCSON | AZ |

**Tracking Number Classification**

#### Class/Service
- Class/Service: First-Class Certified Mail
- Class of Mail Code/Description: FC / First Class

#### Destination Address Information
- Address: 2999 N 44TH ST STE 625
- City: PHOENIX
- State: AZ
- 5-Digit ZIP Code: 85018
- 4-Digit ZIP Code add on: 7261
- Delivery Point Code: 50
- Record Type Code: Building/Apartment
- Delivery Type: Business, Central

#### Origin / Return / Pickup Address Information
- Address:
- City:
- State:
- 5-Digit ZIP Code: 85741
- 4-Digit ZIP Code add on: 9998

#### Service Delivery Information
- Service Performance Date: Scheduled Delivery Date: Thursday, 03/30/2017
- Network Predicted Delivery Date: Thursday, 03/30/2017
- Zone: 02
- PO Box: N
- Other Information: Service Calculation Information

#### Payment
- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $1.19
- Weight: 0 lb(s) 2 oz(s)
- Rate Indicator: SINGLE PIECE - FLAT

#### Other Information
- Related Product: 9590 9403 0491 5173 1845 69

Agent Information

**Extra Services**

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | $3.35 |
| Return Receipt | $2.75 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 03/29/2017 | 11:13 | PHOENIX, AZ 85018 | Scanned | MDD 1426208060 (Interface type - wireless) | Scanned by route 5018C003 | 03/29/2017 13:15:41 | View Delivery Signature and Address / Facility Finance Number: 036372 / Request Delivery Record / GEO Location Data Available |
| ENROUTE/PROCESSED | 10 | 03/29/2017 | 04:58 | PHOENIX, AZ 85043 | Scanned | AFSM100-002-1 | | 03/29/2017 07:03:39 | |
| ENROUTE/PROCESSED | 10 | 03/29/2017 | 00:07 | PHOENIX, AZ 85043 | Scanned | AFSM100-002-3 | | 03/29/2017 02:16:46 | |
| DEPART POST OFFICE | SF | 03/28/2017 | 17:45 | TUCSON, AZ 85741 | System Generated | | | 03/28/2017 20:03:42 | Closeout Label ID: CT13 8511 9000 1703 2819 5426 000 |
| ACCEPT OR PICKUP | 03 | 03/28/2017 | 13:17 | TUCSON, AZ 857419998 | Scanned | POS | Destined to route C003 | 03/28/2017 15:38:34 | Facility Finance Number: 036692 |

Enter up to 35 items separated by commas,

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 12.5.0.0.5