UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 06 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOCK HUAT YAP,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, trustee of J.P. Morgan Acquisition Trust 2001-HE1, Asset Backed Pass - Throught Certificates, Series 2007-HE1; MORTGAGE LAW FIRM, PLC; SPECIALIZED LOAN SERVICING, LLC, Attorney in fact for Deutsche; CHRISTINA HARPER, Agent for Deutsche; trustee of Deutsche Bank National Trust Company; UNKNOWN PARTIES, named as Does 1-1000; XYZ Corporations 1-15; ABC Limited Liability; Campanies 1-15; 123 Banking Associations 1-15,<br><br>        Defendants - Appellees. | No. 19-15210<br><br>D.C. No. 4:17-cv-00229-RM<br>U.S. District Court for Arizona, Tucson<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., April 5, 2019**      Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

| | |
|---|---|
| **Mon., May 6, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7